# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

CHRIS COLEMAN,                          )
                                        )
                                        )
                        Movant,         )
                                        )
v.                                      )  No. 11-0260-CV-W-FJG
                                        )
UNITED STATES OF AMERICA                )
                                        )
                                        )
                        Respondent      )

# ORDER

Currently pending before the Court is Movant Chris Coleman's Motion to Expand the Record (Doc. No. 8). Coleman submits that supporting affidavit of Co-Defendant Courtney Baker should be permitted as supplemental support for the contention that Coleman's convictions and sentences were imposed in violation of his constitutional rights. The Government states that it has no objection to Coleman's motion to submit Baker's affidavit, but seeks to reserve the right to respond to the statements contained therein and moves the Court to unseal Baker's plea agreement (Doc. No. 11).

It is hereby **ORDERED** that Movant Chris Coleman's Motion to Expand the Record (Doc. No. 8) is **GRANTED**. The Government reserves the right to respond to the statements contained in Baker's affidavit. The Government's Motion to Unseal Plea Agreement of Courtney Baker (Doc. No. 11) is hereby **GRANTED**. The unsealing of the plea agreement shall be for the limited purpose of this case.

It is furthered **ORDERED** that the Government shall respond to the merits of Coleman's 28 U.S.C. §2255 motion by **Friday, November 25, 2011**.

The Clerk of the Court is directed to mail a copy of this order via regular and certified mail to the following: Chris Coleman (20304-045) Pollock U.S. Penitentiary Inmate Mail/Parcels P.O. Box 2099 Pollock, LA 71467.

**IT IS SO ORDERED.**


Date: <u>October 26, 2011</u>                    **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                    Fernando J. Gaitan, Jr.
                                         Chief United States District Judge